Geo. W. Lainhart *et al.,* County Commissioners of Dade County, *et al.,* Appellants, v. R. Hudson Burr *et al.,* Appellees.

In Banc.

Appeal from Circuit Court, Dade county; Minor S. Jones, Judge.

Geo. M. Robbins and H. F. Atkinson for appellants.

No appearance for appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainants appeal. The appeal is dismissed on motion of counsel for the appellants.